## MICHAEL G. ECONOMOS ET AL. *v.* LILJEDAHL BROTHERS, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court, 86 Conn. App. 578 (AC 24877), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court improperly vacated the arbitration award because the arbitrator manifestly disregarded the law?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17394.

*Karen L. Dowd, Wesley W. Horton* and *Anita M. Varunes*, in support of the petition.

*James H. Lee* and *David R. Clemens*, in opposition.

Decided March 11, 2005